NO. 07-08-0474-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 5, 2009
_____

MICHAEL GREG TIMMONS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 100TH DISTRICT COURT OF CHILDRESS COUNTY;

NO. 4645; HONORABLE DAN MIKE BIRD, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON MOTION TO DISMISS**

Pending before this Court is appellant's motion to dismiss his appeal. Appellant and his attorney have both signed the motion. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.